UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSE LEWIS MUNIZ,

                Plaintiff,                      **23-CV-4224 (DEH) (VF)**

       -against-                              **ORDER**

C.O. MCCALL BADGE #8794, et al.,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The initial case management conference in this case is rescheduled for **Tuesday, April 23, 2024, at 10:30 a.m.** Plaintiff and counsel for the Defendants are directed to call Judge Figueredo's Microsoft Teams conference line at the newly scheduled time. **Please dial (646) 453-4442; access code [101 372 855#].**

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 27.

      **SO ORDERED.**

DATED:    New York, New York
                March 1, 2024

                                                           _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge