UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE LEWIS MUNIZ,<br><br>       Plaintiff,<br><br>   v.<br><br>C.O. MCCALL, et al.,<br><br>       Defendants. | 23-CV-4224 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued June 26, 2023, referred this case to Magistrate Judge Valerie Figueredo for general pre-trial supervision. *See* ECF No. 7. An order issued March 1, 2024, scheduled an initial case management conference before Judge Figueredo on April 23, 2024. *See* ECF No. 28.

  On February 8, 2024, Defendants moved to dismiss. *See* ECF No. 8. Under the Court's Individual Practices in Civil Pro Se Cases, Plaintiff's opposition to the motion was due on March 11, 2024.

  It is hereby **ORDERED** that Plaintiff's deadline to file an opposition to Defendants' motion is **EXTENDED** to **May 17, 2024.** If such an opposition is filed, Defendants shall file their reply by **May 24, 2024.**

  SO ORDERED.

Dated: March 18, 2024
   New York, New York

                         DALE E. HO
                        United States District Judge