UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE LEWIS MUNIZ,

                Plaintiff,                    23-CV-4224 (DEH) (VF)

    -against-                    **INITIAL CASE MANAGEMENT**
                                            **CONFERENCE ORDER**

C.O. MCCALL BADGE #8794, et al.,

                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        An Initial Case Management Conference was scheduled for this action for Monday, March 4, 2024, at 10:30 a.m. See ECF No. 26. In that scheduling order, the Court directed the parties to meet and confer at least 21 days before the Conference and to file the Report of Rule 26(f) Meeting and Proposed Case Management Plan by no later than April 16, 2024. Id. To date, the Court is not in receipt of the parties' Plan.

        **The conference is therefore adjourned to Thursday, May 30, 2024, at 10:30 a.m. The parties are again directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and this time file it on ECF by no later than May 23, 2024.**

        SO ORDERED.

DATED:    New York, New York
                April 19, 2024

                                                                                       _____
                                                                                          VALERIE FIGUEREDO
                                                                                          United States Magistrate Judge