

> **Application Granted**
>
> Valerie Figueredo, U.S.M.J.
> DATED: 5-28-2024
>
> The adjournment requested herein is granted. The Initial Case Management in this case is hereby rescheduled for Monday, July 29, 2024 at 10:00. The dial-in information remains the same. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 34.

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**DANIEL R. PEREZ**
Phone: (212) 356-0877
Fax: (212) 356-1148
danipere@law.nyc.gov
(not for service)

May 23, 2024

**VIA ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Muniz v. McCall et al*, 1:23-CV-04224 (DEH) (VF)

Your Honor:

I am the Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to represent Defendant City of New York ("City") in the above-referenced matter, in which Plaintiff, proceeding *pro se*, asserts claims under the United States Constitution and the Religious Land Use and Incarcerated Persons Act relating to his pretrial detention against the City and three individuals employed by the New York City Department of Correction (DOC).  I write jointly with Plaintiff Muniz to respectfully request the adjournment of the Initial Case Management Conference currently scheduled for May 30, 2024 (ECF No. 32), until a date on or around July 29, 2024.

The parties arranged an opportunity to meet and confer, however, during the parties' discussion, Plaintiff reported that he had not been able to access the Court's model Report of Rule 26(f) Conference and Proposed Case Management Plan (the "Template").  As a result, the parties agreed that it would be preferable to seek additional time for Plaintiff to review the Template and potentially obtain the assistance of the *pro se* clinic that assists inmates at Plaintiff's facility before the parties attempted to negotiate a joint proposed case management plan. Plaintiff also informed Defendants' counsel that he is currently preparing for trial in another matter.

Accordingly, the parties jointly request the adjournment of the Initial Case Management Conference until a date on or around July 29, 2024.

- 2 -

The parties thank the Court for its consideration of this request.

                                             Respectfully submitted,

                                             /s/ Daniel R. Perez
                                             Daniel R. Perez
                                             Assistant Corporation Counsel

cc:    Jose Muniz
        George R. Vierno Center
        09-09 Hazen Street
        East Elmhurst, NY 11370