UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE LEWIS MUNIZ,<br><br>                      Plaintiff,<br><br>      v.<br><br>C.O. MCCALL, et al.,<br><br>                     Defendants. | 23-CV-4224 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    On February 8, 2024, Defendants moved to dismiss.  *See* ECF No. 8.  An order issued June 4, 2024, set a deadline of June 12, 2024, for Defendants to file their reply brief.  *See* ECF No. 39.  No reply has been filed.

    It is hereby **ORDERED** that Defendants shall file their reply brief as soon as possible and no later than **June 20, 2024**.  If no such reply brief is filed, the motion will be deemed fully briefed.

    SO ORDERED.

Dated: June 17, 2024
       New York, New York

                                                                       DALE E. HO
                                                     United States District Judge