UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE LEWIS MUNIZ,

                Plaintiff,                  **23-CV-4224 (DEH) (VF)**

      -against-                            **ORDER**

C.O. MCCALL BADGE #8794, et al.,

                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The Rule 16(b) conference currently scheduled for Tuesday, August 27, at 2:00 p.m. is hereby adjourned to **Monday, September 16, at 10:00 a.m.** The parties are directed to file a proposed case management plan in advance of that date.

      **SO ORDERED.**

DATED:   New York, New York
               August 26, 2024

                                                             _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge