UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE LEWIS MUNIZ,

                Plaintiff,                23-CV-4224 (DEH) (VF)

     -against-                 **ORDER SCHEDUING**
                                          **SETTLEMENT CONFERENCE**

C.O. MCCALL BADGE #8794, et al.,

                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The settlement conference in this matter has been rescheduled for **Monday, January 6, 2025 at 10:00 a.m.** The conference will be conducted via videoconference and the Court will send that information to the parties prior to the date of the conference. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **December 30, 2024.**

      SO ORDERED.

DATED:    New York, New York
               September 23, 2024

                                                         _____
                                                           VALERIE FIGUEREDO
                                                            United States Magistrate Judge