UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE LEWIS MUNIZ,

                Plaintiff,                        **23-CV-4224 (DEH) (VF)**

      -against-                          **ORDER RESCHEDULING**
                                                **SETTLEMENT CONFERENCE**

C.O. MCCALL BADGE #8794, et al.,

                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

Given the parties' request, the settlement conference in this matter currently scheduled for January 6, 2025, has been rescheduled to **Monday, April 28, 2025 at 10:00 a.m.** The conference will be conducted via Microsoft Teams videoconference and the Court will send that information to the parties prior to the date of the conference. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **April 21, 2025**. The Clerk of Court is directed to terminate the motion at ECF No. 56.

      **SO ORDERED.**

DATED:    New York, New York
                   January 3, 2025

                                                                    VALERIE FIGUEREDO
                                                                  United States Magistrate Judge