UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Jose Muniz,

                    Plaintiff,

        -against-

CO McCall et al.

                  Defendants.
--------------------------------------------------------X
VALERIE FIGUEREDO, United States Magistrate Judge

**ORDER TO PRODUCE**

23-cv-4224-DEH-VF

A Settlement Conference is scheduled for August 26, 2025 at 10:00 am between the Court, Plaintiff, Plaintiff's Attorney and counsel for Defendants.

Accordingly, the Warden or other official in charge of the Robert N. Davoren Complex is ORDERED to produce Jose Muniz, NYSID: 02635537Q, on August 26, 2025 at 10:00 until the resolution of the Conference, to a suitable location within the facility equipped with video teleconferencing capabilities for the purpose of speaking with counsel and the Court.

**SO ORDERED.**

_____

Valerie Figueredo
United States Magistrate Judge

Dated: August 14, 2025