UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE LEWIS MUNIZ,

                           Plaintiff,                    23-CV-4224 (DEH) (VF)

        -against-                    **ORDER**

C.O. MCCALL BADGE #8794, et al.,

                           Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The Clerk of Court is respectfully directed to mail the Order of Dismissal at ECF No. 62 to Plaintiff at the following address:

    Jose Muniz
    25B3108
    1879 Davis St
    P.O. Box 500
    Elmira, NY 14901-0500

      **SO ORDERED.**

DATED:    New York, New York
              October 24, 2025

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge