**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

JOSE LEWIS MUNIZ,

                        Plaintiff,

          -against-

C.O. MCCALL BADGE #8794, et al.,

                       Defendants.
------------------------------------------------------------------X

**23-CV-4224 (DEH) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

       The parties are directed to provide a status update by **January 2, 2026**. The Clerk of

Court is respectfully directed to mail this Order to Plaintiff at the address listed on the docket.

       **SO ORDERED.**

DATED:     New York, New York
            December 12, 2025

                              _____
                              VALERIE FIGUEREDO
                              United States Magistrate Judge